UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


MAINOR A. VASQUEZ

       v.                                                  CA 13-474 ML

CAROLYN W. COLVIN
Commissioner of the Social
Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on April 9, 2014 (Docket #11). No objection has been filed and the time for doing so has passed.

This Court agrees with Magistrate Judge Almond's conclusions and adopts his recommendation. Accordingly, the Motion for Reversal (Docket #7) is GRANTED and the Motion for Order Affirming Decision of Commissioner (Docket #9) is DENIED.


SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
United States District Judge
May 5, 2014